Mathew K. Higbee, Esq., 241380
Saba A. Basria, Esq., SBN 307594
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: sbasria@higbeeassociates.com

*Attorney for Plaintiff,*
 ROBERT HOUSER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOUSER,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS CLUB LLC; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 3:19-cv-8444_<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, ROBERT HOUSER ("Houser" or "Plaintiff"), for its complaint against Defendant, TESLA MOTORS CLUB LLC, ("Defendant") alleges as follows:

1

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendants' acts of infringement complained of herein occurred in this judicial district, and Defendants caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5. Plaintiff Robert Houser is a professional photographer by trade based out of San Francisco, CA.

6. Defendant Tesla Motors Club LLC ("Defendant" or "Tesla Motors") owns and operates the site, https://teslamotorsclub.com/, (the "Website") which promotes and discusses Tesla products for and by Tesla enthusiasts. *See*

https://teslamotorsclub.com/about-us.

7. Defendants maintain a principal place of business at 149 Beverly St., Mountain View, CA 94043. Attached hereto as Exhibit A is a true and correct copy of Tesla Motors Club LLC's Statement of Information filed with the California Secretary of State.

8. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10 inclusive, and for that reason, sued such Defendants under fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## FACTUAL ALLEGATIONS

*Houser and the Photographs Forming the Subject Matter of this Complaint*

10. Plaintiff Robert Houser is a renowned, award-winning, and

professional photographer by trade. He has won several awards including but not limited to the One Eyeland: World's Black & White Photographers 2019 – Sport and World's Fine Art Photographers 2019. He is also a recipient of the International Color Awards 2019, the IPA Awards 2018, 2015, and 2015, and One Eyeland Best of the Best Photographers 2017 and 2014. Houser has published two books, *Fatherhood* (2008) Introduction by Gloria Steinem, and *Facing Chemo* (2013).

11. Houser is the copyright holder of an image of Martin Eberhard, who founded Tesla, Inc. (the "Image").

12. The Images were registered with the United States Copyright Office under registration number VAu 740-669 on April 2, 2007.

### *Defendant's Infringement of the Images*

13. As stated, Defendant operates a site dedicated to promoting Tesla products for Tesla enthusiasts. *See* https://teslamotorsclub.com/about-us/.

14. On or about January 17, 2019, Plaintiff discovered that Defendant used the Image on its Website without authorization in a post about Eberhard's startup published on October 19, 2017 (the "Infringing Post"). A true and correct copy of the Infringing Post feature the Image is attached hereto as Exhibit C.

15. On information and belief, Defendants made unauthorized copies of the Images, and uploaded them to the server for Defendant's Website.

16. Houser never authorized Defendants to use the Images in any manner.

17. On information and belief, Defendant knew that it did not have permission to use the Images on the Website and willfully infringed Houser's Images.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images.

20. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon the copyrighted Images in violation of Title 17 of the U.S. Code, in that it used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, by using it in the Infringing Post on Defendant's Website.

21. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c) per work infringed.

22. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable

attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

23.   Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyrights pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For actual damages or statutory damages against Defendants in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against Defendants, according to proof, together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: December 30, 2019                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile

## DEMAND FOR JURY TRIAL

Plaintiff, Robert Houser, hereby demands a trial by jury in the above captioned matter.

Dated: December 30, 2019　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Mathew K. Higbee**
　　　　　　　　　　　　　　　　　　　　　　　　　　Mathew K. Higbee, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Cal. Bar No. 241380
　　　　　　　　　　　　　　　　　　　　　　　　　　**HIGBEE & ASSOCIATES**
　　　　　　　　　　　　　　　　　　　　　　　　　　1504 Brookhollow Dr., Ste 112
　　　　　　　　　　　　　　　　　　　　　　　　　　Santa Ana, CA 92705-5418
　　　　　　　　　　　　　　　　　　　　　　　　　　(714) 617-8350
　　　　　　　　　　　　　　　　　　　　　　　　　　(714) 597-6729 facsimile