# Exhibit "A"

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, December 2, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201313510058    TESLA MOTORS CLUB LLC

| | |
|---|---|
| **Registration Date:** | 04/18/2013 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **CALIFORNIA CORPORATE AGENTS, INC. (C3035398)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 149 BEVERLY ST MOUNTAIN VIEW CA 94043 |
| **Entity Mailing Address:** | 211 HOPE ST #283 MOUNTAIN VIEW CA 94042 |
| **LLC Management** | Member Managed |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of April.

| Document Type ⇕ | File Date ⇊ | PDF |
|---|---|---|
| SI-NO CHANGE | 04/08/2019 | |
| SI-COMPLETE | 04/01/2015 | |
| REGISTRATION | 04/18/2013 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ **Modify Search** ]    [ **New Search** ]    [ **Back to Search Results** ]

WHOIS search results

 **GoDaddy**®

  

# Search the WHOIS Database

| Enter a domain name to search | Search |
|---|---|

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: TESLAMOTORSCLUB.COM
Registry Domain ID: 549915801_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2013-06-20T23:29:15Z
Creation Date: 2006-08-10T21:47:49Z
Registrar Registration Expiration Date: 2022-08-10T21:47:49Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Daniel Sacks
Registrant Organization: Tesla Motors Club LLC
Registrant Street: 211 Hope St.
Registrant Street: #283
Registrant City: Mountain View
Registrant State/Province: California
Registrant Postal Code: 94042
Registrant Country: US
Registrant Phone: +1.3109900232

 Contact Us

Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: daniel@teslamotorsclub.com
Registry Admin ID: Not Available From Registry
Admin Name: Daniel Sacks
Admin Organization: Tesla Motors Club LLC
Admin Street: 211 Hope St.
Admin Street: #283
Admin City: Mountain View
Admin State/Province: California
Admin Postal Code: 94042
Admin Country: US
Admin Phone: +1.3109900232
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: daniel@teslamotorsclub.com
Registry Tech ID: Not Available From Registry
Tech Name: Daniel Sacks
Tech Organization: Tesla Motors Club LLC
Tech Street: 211 Hope St.
Tech Street: #283
Tech City: Mountain View
Tech State/Province: California
Tech Postal Code: 94042
Tech Country: US
Tech Phone: +1.3109900232
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: daniel@teslamotorsclub.com
Name Server: DANA.NS.CLOUDFLARE.COM
Name Server: ERIC.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019–12–04T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp–status–codes–2014–06–16–


Contact Us

Notes:

IMPORTANT: Port43 will provide the ICANN–required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go



Contact Us

## Is this your domain?

Add hosting, email and more.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

We love taking your call.

GoDaddy guides



## About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal


Contact Us

## Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Site Map

Videos

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Account

My Renewals

Create Account



Contact Us

## Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

GoDaddy®

United States - English  ⌃     USD  ⌃

               

Legal                Privacy Policy                Advertising Preferences                Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.


Contact Us

# Exhibit "B"



# Exhibit "C"

